AO 240 Reverse

CAB-99-203

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

MY FAMILY IN VIRGINIA SEND ME MONEY ENOUGH FOR MY PERSONAL HYGENE, STAMPS, ETC.

4

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐   No ☒   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☒

   If the answer is "yes," describe the property and state its approximate value.

   THERE IS NOTHING OF VALUE WHICH I OWN IN THE UNITED STATES

*Varma Linda Salagar January 11, 00*

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   I HAVE 2, CHILDREN IN HONDURAS WHICH ARE DEPENDANT OF ME, BUT DUE TO THE CIRCUMSTANCE THAT I FIND MYSELF, MY PARENTS ARE SUPPORTING MY CHILDREN AT THE MOMENT IN HONDURAS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 11, 00__     __Allan Mejia P.__
              (Date)                    Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __100.41__ on account to his credit at the __Big Spring Correctional Center__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __Big Spring Correctional Center__

I further certify that during the last six months the applicant's average balance was $ _____

__Luci Padron__                             FEB 01 2000
Authorized Officer of Institution

United States District Court
Southern District of Texas
ENTERED
Michael N. Milby, Clerk of Court
By Deputy Clerk

---

**ORDER OF COURT**

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____  _____         __(signature)__         __1-31-2000__
United States Judge   Date           United States Judge         Date
                                     or Magistrate