5

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

ALLEN JIOMAR MEJIA-PORTILLO        *

              VS                   *    C.A. No. B99-203

UNITED STATES OF AMERICA           *    (Cr. No. B99-24)


# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation in the above-reference cause of action. After a de novo review of the file and pleadings therein, the Magistrate Judge's Report and Recommendation is hereby ADOPTED, and Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Vacate Sentence by a Person in Federal Custody is hereby **DISMISSED**.

DONE at Brownsville, Texas, this _7_ day of _Feb_ 2000.

_____
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com